RECEIVED
IN ALEXANDRIA, LA
JUN 29 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FRANK L. McCALL, JR.<br>DOC # 130746 | CIVIL ACTION NO. 06-0765 |
| VS. | SECTION P<br>JUDGE DRELL |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE KIRK |

### MEMORANDUM ORDER

Before the court is a *pro se* civil rights complaint filed by plaintiff Frank L. McCall, Louisiana Prisoner Number 130746. Plaintiff is an inmate in the custody of Louisiana's Department of Public Safety and Corrections; he is incarcerated at the Winn Correctional Center, Winnfield, Louisiana.

Plaintiff has asked to be allowed to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. §1915. [docs. 3 and 9] On June 15, 2006 his motion was granted. [doc. 10] Further review of the court records reveals that since his incarceration, McCall has filed numerous civil rights lawsuits in this court and, at least three of those complaints were dismissed as frivolous.[1]

28 U.S.C. §1915(g) provides:

> In no event shall a prisoner bring a civil
> action or appeal a judgment in a civil action
> or proceeding under this section if the
> prisoner has, on 3 or more prior occasions,

---

[1] See cases cited in *Frank L. McCall v. State of Louisiana, et al.*, No. 5:00-cv-1295.

>while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Plaintiff is well aware of this provision. It has been invoked to deny him *in forma pauperis status* in several lawsuits filed in this district. See *McCall v. Louisiana, et al.* 5:00-cv-0518; *McCall v. Louisiana, et al.*, 5:00-cv-1295; *McCall v. South*, 5:00-cv-1525; *McCall v. Caddo I.D.B.*, 5:00-cv-1627.

Plaintiff's present claims are difficult to decipher. He seems to allege that various defendants have somehow interfered with his constitutional right of access to the courts. He prays for declaratory and injunctive relief and compensatory and punitive damages.[doc. 1; doc. 8] He makes no factual allegations to support a finding that he is "...in imminent danger of serious injury..."

In short, plaintiff is not eligible to proceed *in forma pauperis* in this matter. Therefore

**IT IS ORDERED** that plaintiff's *in forma pauperis* status [doc. 10] is hereby **REVOKED** and **RESCINDED**;

**IT IS FURTHER ORDERED** that in order for this complaint to remain viable, plaintiff must pay the full filing fee of $350.00

within twenty (20) days from the date of this order. **FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE PLEADINGS BEING STRICKEN FROM THE RECORD.**

**THUS DONE AND SIGNED** in Chambers, in Alexandria, Louisiana this ___ day of _____, 2006.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE